**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014
Tel.: (646) 264-3650
Fax: (646) 264-3660



Attn:   Hollis V. Pfitsch
Tel: 646-264-3667
Email: pfitsch.hollis.v@dol.gov

June 3, 2026

<u>Via ECF</u>
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #:_____
> DATE FILED: 06/12/2026

Re: Acting Sec'y of Labor v. Cupid Homecare Agency, LLC, et al., 26-cv-04173 (MMG)

Dear Judge Garnett:

Plaintiff, the Acting Secretary of Labor, writes on behalf of both parties in the above-referenced matter to request an alternative date for the initial conference currently scheduled for June 29, 2026. Both parties' counsel have conflicts June 29 through July 3, 2026. We have conferred and jointly propose the following alternative dates: July 9, 10, 13, and 14, 2026. This is the parties' first such request.

Thank you for your consideration of this request.

Respectfully,

Jeffrey S. Rogoff
Regional Solicitor

By:     */s/ Hollis V. Pfitsch*
Hollis V. Pfitsch
Senior Trial Attorney

cc:     Counsel of record, via ECF

> GRANTED.  The June 29, 2026 Initial Pretrial Conference is hereby ADJOURNED until **9:30 a.m.** on **Tuesday, July 14, 2026**.  The Conference will occur in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  This Order does not affect any other deadline in this case.  The Clerk of Court is respectfully directed to terminate Dkt. No. 18.
>
> SO ORDERED.  Dated June 12, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE